IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE MORGAN, | No. 4:23-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | |
| Defendant. | |

# ORDER

**OCTOBER 2, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss (Docs. 46, 55) are **GRANTED**;

2. All claims against the Commonwealth of Pennsylvania and Pennsylvania State Police are dismissed with prejudice; and

3. Claims against Michael D. Brown and Centre County, Pennsylvania, are dismissed without prejudice, and with leave granted to file an amended complaint no later than twenty-one (21) days from the date of this Order. If no amended complaint is filed by that date, the action will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge