# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE MORGAN, | No. 4:23-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CENTRE COUNTY, *et al.*, | |
| Defendants. | |

## ORDER

### APRIL 18, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Centre County's Motion to Dismiss (Doc. 82), Defendant Michael D. Brown's Motion to Dismiss (Doc. 90), Defendants Bernie Cantorna's and Mark Smith's Motion to Dismiss (Doc. 95), and Defendants Spring Township Police Department's and Luke Nelson's Motion to Dismiss (Doc. 97) are **GRANTED**.

2. Plaintiff Dale Morgan's claims against Defendants Bernie Cantorna, Mark Smith, and John Doe, Esq. are **DISMISSED WITH PREJUDICE**.

3. Morgan's Count III Malicious Prosecution claim is **DISMISSED WITH PREJUDICE** as to all Defendants.

2

4. Morgan's Count I False Arrest and Imprisonment and Count II *Monell* claims are **DISMISSED WITHOUT PREJUDICE** as to all Defendants other than as described above.

5. Morgan may amend his Complaint within 21 days of this Order.

                                          BY THE COURT:

                                          *s/ Matthew W. Brann*
                                          Matthew W. Brann
                                          Chief United States District Judge