IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE MORGAN, | No. 4:23-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CENTRE COUNTY, PA, MICHAEL D. BROWN, and OFFICER JOHN DOE #1, | |
| Defendants. | |

## ORDER

### SEPTEMBER 10, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Dale Morgan's Motion for Reconsideration of the Court's July 3, 2024 Order Granting Defendants Spring Township Police Department and Luke Nelson's Motion for Reconsideration as Unopposed and to Vacate Plaintiff's Default and Upon Vacatur Deny Defendants' Motion (Doc. 119) is **DENIED**.

2. Morgan's claims against Spring Township Police Department and Luke Nelson remain dismissed with prejudice. Accordingly, any claims against those Defendants are **STRICKEN** from the Third Amended Complaint.

3. Defendant Centre County shall respond to the Third Amended Complaint by September 17, 2024.

4. Counsel for Morgan shall cause a copy of this Order and the accompanying Memorandum Opinion to be delivered to Dale Morgan, electronically or otherwise, no later than September 17, 2024. Counsel shall certify compliance with this requirement to the Court as of that date.

5. No extensions will be granted absent a showing of good cause.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge