IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE MORGAN, | No. 4:23-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CENTRE COUNTY and MICHAEL D. BROWN, | |
| Defendants. | |

# ORDER

**NOVEMBER 7, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Michael D. Brown's motion to dismiss (Doc. 126) and Defendant Centre County's motion to dismiss (Doc. 130) are **GRANTED** with prejudice; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge